UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| O'NEAL STEEL, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CV 04-B-0529-S ) |
| DIAMOND C ENTERPRISES, INC., d/b/a Diamond C Farm Equipment; DIAMOND C FARM EQUIPMENT; DONNA CARTWRIGHT, individually and doing business as Diamond C Enterprises; ROBERT O. CARTWRIGHT, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

ENTERED AUG 3 0 2004

## FINDINGS AND CONCLUSIONS

This cause is before the court on plaintiff's Application for Default Judgment. (Doc. 4.) The court makes the following findings and conclusions:

    1. The summons and complaint were served upon defendants on March 29, 2004. (Doc. 3.) Defendants have failed to appear, plead, or otherwise defend.

    2. Defendant Diamond C Farm Equipment is not a separate legal entity from Diamond C. Enterprises, Inc.; thus, plaintiff's claims against Diamond C Farm Equipment are due to be dismissed.

    3. Defendants Diamond C Enterprises, Inc., and Donna Cartwright are indebted to plaintiff for the sum of $155,276.34 on an open account. Defendant Robert Cartwright is

liable to plaintiff for the sum of $155,276.34, as a guarantor of the debt of Diamond C Enterprises, Inc., d/b/a Diamond C Farm Equipment.

4. Prejudgment interest at 5% per annum, calculated from January 6, 2004 through August 30, 2004, is $ 5,026.86.[1]

5. Therefore, defendants Diamond C Enterprises, Donna Cartwright, and Robert Cartwright, as guarantor, are jointly and severally liable to plaintiff for $160,303.20, principal plus prejudgment interest.

6. The Continuing Guaranty Agreement, signed by Robert Cartwright, provides that, in addition to guaranteeing the indebtedness of Diamond C Enterprises, d/b/a Diamond C Farm Equipment, Robert Cartwright also agreed to pay "costs of collection and other charges with respect thereto." (Doc. 4, Ex. 3.) Plaintiff requests 15% of the debt plus interest through May 6, 2004, or $23,679.64, as an attorney's fee; plaintiff has not submitted any itemized list of its actual costs of collection. The court cannot determine whether $23,679.64 represents the actual "costs of collection and other charges with respect thereto;" therefore, plaintiff's request for 15% of the debt plus interest through May 6, 2004, or $23,679.64, is denied. However, the court will award plaintiff its costs of collection, including attorney fees, in an amount to be determined later.

7. Plaintiff is due to recover the total sum of $160,303.20, plus post-judgment interest, and court costs from defendants Diamond C Enterprises, Donna Cartwright, and

---

[1] Plaintiff is entitled to pre-judgment interest pursuant to Ala. Code § 8-8-8.

Robert O. Cartwright, jointly and severally, and costs of collection, including attorney fees, from defendant Robert O. Cartwright.   A judgment will enter accordingly.

The Clerk of the Court is **DIRECTED** to send each defendant a copy of this Judgment by Default at the following address:

>    1552 Griffin Ferry Road
>    Lyons, Georgia  30436

**DONE** this ___30th___ day of August, 2004.

                                       *Sharon Lovelace Blackburn*
                                       **SHARON LOVELACE BLACKBURN**
                                       United States District Judge